■ RICHARD WEST et al., *as the Natural Guardians of* ROBYNN WEST, Appellants, v TACITUS REALTY CORPORATION, Respondent.—In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Kings County, dated October 12, 1977, which denied their motion for a general preference. Order affirmed, without costs or disbursements, and without prejudice to a renewal of the application upon an adequate showing of serious and permanent injuries. The

papers were insufficient to warrant the granting of the preference sought. Damiani, J. P., Suozzi, Rabin and Hawkins, JJ., concur.